**Fabrice Tchani DJOUKAM, a/k/a Joel Happi Yamachui, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–2414.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 4, 2006.

Decided: Oct. 26, 2006.

Fabrice Tchani Djoukam, Petitioner Pro Se. M. Jocelyn Lopez Wright, Tracey Wood, Daniel Eric Goldman, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fabrice Tchani Djoukam, a/k/a Joel Happi Yamachui, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.2(a) (2006); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Yamachui,* No. A95–903–422 (B.I.A. Nov. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*